UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ALBERTO RAMOS,                                           Case No.  23-cv-09441-JMF

        Plaintiff,

       v.

PALM WEST CORPORATION,
PALM WEST CORPORATION D/B/A
"THE PALM,"
LANDRY'S SEAFOOD HOUSE – NORTH
CAROLINA, INC.,
RICHARD HAMMILL, Individually
and CRAIG LEVY, individually,

        Defendants.
---------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa Mendoza of the Derek Smith Law Group, PLLC hereby enters an appearance as counsel for the Plaintiff, Alberto Ramos the above captioned matter.

Dated: November 10, 2023
      New York, New York

                                                     Respectfully submitted,

                                                     _____
                                                     Melissa Mendoza, Esq.
                                                     DEREK SMITH LAW GROUP, PLLC
                                                     One Penn Plaza, Suite 4905
                                                     New York, New York, 10119
To: All Counsel of Record                     212-587-0760
                                                     *Attorneys for Plaintiff*