UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ALBERTO RAMOS,                                                       :
:
:
Plaintiff,                                     :
:     23-CV-9441 (JMF)
-v-                                           :
:     ORDER
PALM WEST CORPORATION et al.,                                        :
:
Defendants.                                    :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 3, 2023, Defendants in the above-captioned action moved to dismiss the claims set forth in Plaintiff's Summons with Notice. ECF No. 10. At that time, no Complaint had yet been filed, and among the reasons offered by Defendants in support of dismissal was that Plaintiff had not received a notice of right to sue from the United States Equal Employment Opportunity Commission (EEOC). *See* ECF No. 11, at 4. On December 8, 2023, Plaintiff filed his opposition to Defendants' motion, ECF No. 19, and the next day filed his Complaint, in which he alleges that he received a right to sue letter from the EEOC on October 25, 2023, *see* ECF No. 20, ¶¶ 5-6. Accordingly, Defendants' motion to dismiss is hereby DENIED as premature and overtaken by events. Defendants shall answer or file a new motion to dismiss the Complaint within **twenty-one days** of this order. *See* Fed. R. Civ. P. 12.

      The Clerk of Court is directed to terminate ECF No. 10.

      SO ORDERED.

Dated: December 11, 2023
       New York, New York
                                                    JESSE M. FURMAN
                                           United States District Judge