UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ALBERTO RAMOS,  :
:
                              Plaintiff,          :                    23-CV-9441 (JMF)
:
                      -v-                            :                    ORDER
:
PALM WEST CORPORATION et al.,  :
:
                              Defendants.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new partial motion to dismiss, *see* Docket No. 29, Defendants' earlier motion to dismiss filed at Docket No. 22 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **February 22, 2024**. Defendants' reply, if any, is due by **February 29, 2024**. Further, in view of the parties' joint letter submitted in advance of the initial pretrial conference scheduled for next week, ECF No. 31, any motion to remand shall be filed no later than **February 12, 2024**; any opposition thereto shall be filed no later than **February 26, 2024**, and any reply shall be filed no later than **March 3, 2024**.

       Additionally, the initial pretrial conference (currently scheduled for February 13, 2024, *see* Docket No. 9), is ADJOURNED *sine die*.

       The Clerk of Court is directed to terminate Docket No. 22.

       SO ORDERED.

Dated: February 8, 2024
       New York, New York
                                                             JESSE M. FURMAN
                                                    United States District Judge