UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| ALBERTO RAMOS, | Case No.: 23-cv-09441 |
| Plaintiff, | **<u>NOTICE OF MOTION</u>** |
| -against- | |
| PALM WEST CORPORATION,<br>PALM WEST CORPORATION D/B/A "THE PALM",<br>LANDRY'S SEAFOOD HOUSE - NORTH CAROLINA, INC.,<br>RICHARD HAMMILL, Individually<br>and CRAIG LEVY, Individually | |
| Defendants. | |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Affirmation of Melissa Mendoza, Esq. dated February 12, 2024, Memorandum of Law, and all prior pleadings and proceedings had herein, behalf of the Plaintiff, Alberto Ramos, the undersign moves this Court, at a date and time to be determined by the Court, for an order remanding this matter to its original forum, the Supreme Court of the State of New York, County of Bronx, Index No.: 808303/2023E.

Dated: New York, New York
February 12, 2024

**DEREK SMITH LAW GROUP, PLLC**

By: _____
Melissa Mendoza, Esq.
One Pennsylvania Plaza, Suite 4905
New York, New York 10119
(212) 587-0760
*Attorneys for Plaintiff*

TO: Devin S. Cohen, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900
*Attorneys for Defendants Palm West Corporation
d/b/a the Palm West and Tryon & Stonewall*

*Restaurant, Inc. f/k/a Landry's Seafood House-North Carolina, Inc.*