UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO RAMOS,　　　　　　　　　　　　　　　　Case No.: 23-cv-09441

　　　　　　　　　　　　　　　　　　　　　　　　**<u>AFFIRMATION</u>**

　　　　　　Plaintiff,

-against-

PALM WEST CORPORATION,
PALM WEST CORPORATION
D/B/A "THE PALM",
LANDRY'S SEAFOOD HOUSE - NORTH
CAROLINA, INC.,
RICHARD HAMMILL, Individually
and CRAIG LEVY, Individually

　　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　　MELISSA MENDOZA, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following under penalty of perjury:

1. I am an attorney with the law firm of Derek Smith Law Group, PLLC, attorneys for the Plaintiff, ALBERTO RAMOS ("Plaintiff" or "RAMOS") in the above-entitled action and as such I am fully familiar with the facts and circumstances hereof to make this Affirmation.

2. I make this Affirmation in support of Plaintiff's Motion to Remand this matter back to its original forum, the Supreme Court of the State of New York, County of Bronx.

3. A true and correct copy of Plaintiff's Summons with Notice in this action is attached as Exhibit A.

4. A true and correct copy of Defendants' Notice of Removal is attached as Exhibit B.

5. A true and correct copy of Defendants' Motion to Dismiss is attached as Exhibit C.

WHEREFORE, I respectfully request the Plaintiff's Motion to Remand this action back to its original forum, the Supreme Court of the State of New York, County of Bronx, be granted and for such other and further relief as this Court may deem just and proper.

DATED: February 12, 2024         **DEREK SMITH LAW GROUP, PLLC**
*Attorneys for Plaintiff*

By: /s/ Melissa Mendoza
Melissa Mendoza, Esq.
1 Pennsylvania Plaza, Suite 4905
New York, New York 10119
Tel: (212) 587-0760