# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X

| | |
|---|---|
| ALBERTO RAMOS, | Index No. |
| Plaintiff, | Plaintiff Designates<br>BRONX COUNTY |
| -against- | As the Place of Trial |
| PALM WEST CORPORATION, PALM WEST<br>CORPORATION D/B/A "THE PALM",<br>LANDRY'S SEAFOOD HOUSE - NORTH CAROLINA, INC.,<br>RICHARD HAMMILL, Individually,<br>and CRAIG LEVY, Individually, | **SUMMONS WITH NOTICE** |
| Defendants. | |

------------------------------------------------------------------------X

**TO THE ABOVE-NAMED DEFENDANTS:**

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to serve upon Plaintiff's attorneys, DEREK SMITH LAW GROUP, PLLC, at the address stated below, a notice of appearance or demand for a complaint within 20 days after the service of this Summons, exclusive of the day of service, or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York; and

**YOU ARE HEREBY NOTIFIED THAT** should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

**NOTICE**

The nature of this action arises from violations of *inter alia*, Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e et. Seq. ("Title VII"), New York Executive Law, § 290, et seq. ("NYHRL"), the Administrative Code of the City of New York 8-107 et seq. ("NYCHRL"); the common laws of the State of New York and any and all other causes of action which are alleged and/or can be inferred from the facts set forth to redress the injuries Plaintiff has suffered as a result of, *inter alia,* age discrimination, national origin discrimination, race discrimination, hostile work environment, retaliation, and unlawful termination.

The relief sought is an amount to be determined at trial, and is an amount which exceeds the jurisdiction of all lower courts, and such other and further relief as this Court deems necessary and proper.

Should Defendants fail to appear herein or demand a complaint, judgment will be entered by default for the relief demanded above, with interest, and the costs of this action.

1

Plaintiff designates Bronx County as the place of trial. The basis of this designation is: Plaintiff was and is a resident of Bronx County.

Dated: May 27, 2023
New York, New York

DEREK SMITH LAW GROUP, PLLC

_____
Melissa Mendoza, Esq.
*Attorneys for Plaintiff*
1 Pennsylvania Plaza, Ste 4905
New York, New York 10119
(332) 910-5677

TO:
PALM WEST CORPORATION
**REGISTERED AGENT VIA SECRETARY OF STATE**

PALM WEST CORPORATION D/B/A "THE PALM"
**REGISTERED AGENT VIA SECRETARY OF STATE**

LANDRY'S SEAFOOD HOUSE - NORTH CAROLINA, INC.,
**REGISTERED AGENT VIA SECRETARY OF STATE**

RICHARD HAMMILL
***VIA PLACE OF EMPLOYMENT***

CRAIG LEVY
***VIA PLACE OF EMPLOYMENT***