**DEREK SMITH LAW GROUP, PLLC**
Employment Lawyers Representing Employees Exclusively

New York | Los Angeles | Philadelphia | Miami | New Jersey

February 14, 2024

<u>Via ECF</u>
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
(212) 805-0282

Re: **<u>ALBERTO RAMOS v. PALM WEST CORPORATION et al.</u>**
*Case No. 23-09441*

Dear Honorable Judge Furman,

    I represent Plaintiff, Alberto Ramos in the above-referenced matter. With the consent of Defendants' counsel, I respectfully request a one-week extension of Defendants' Partial Motion to Dismiss briefing deadlines. I respectfully make this request due to a medical procedure I have scheduled for February 22, 2024, that cannot be rescheduled. This is Plaintiff's first request, and this request does not affect any other deadlines in this matter.

    Accordingly, I respectfully request the following briefing schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opposition due | February 22, 2024 | February 29, 2024 |
| Defendants' reply due | February 29, 2024 | March 7, 2024 |

I thank Your Honor for your consideration in this matter.

Respectfully submitted,

Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

cc: Via ECF
Devin S. Cohen (Counsel for Defendants)