

February 14, 2024

Via ECF
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
(212) 805-0282

Re: **<u>ALBERTO RAMOS v. PALM WEST CORPORATION et al.</u>**
*Case No. 23-09441*

Dear Honorable Judge Furman,

    I represent Plaintiff, Alberto Ramos in the above-referenced matter. With the consent of Defendants' counsel, I respectfully request a one-week extension of Defendants' Partial Motion to Dismiss briefing deadlines. I respectfully make this request due to a medical procedure I have scheduled for February 22, 2024, that cannot be rescheduled. This is Plaintiff's first request, and this request does not affect any other deadlines in this matter.

    Accordingly, I respectfully request the following briefing schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opposition due | February 22, 2024 | February 29, 2024 |
| Defendants' reply due | February 29, 2024 | March 7, 2024 |

    I thank Your Honor for your consideration in this matter.

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

February 15, 2024

Respectfully submitted,

Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

cc: Via ECF
Devin S. Cohen (Counsel for Defendants)