UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO RAMOS,<br><br>    Plaintiff,<br><br>  v.<br><br>PALM WEST CORPORATION,<br>PALM WEST CORPORATION D/B/A "THE PALM",<br>LANDRY'S SEAFOOD HOUSE - NORTH CAROLINA, INC.,<br>RICHARD HAMMILL, Individually,<br>and CRAIG LEVY, Individually<br><br>    Defendants. | **Civil Action No. 1:23-cv-09441-JMF** |

**STIPULATION TO VOLUNTARILY WITHDRAW PLAINTIFF'S MOTION TO REMAND**

Plaintiff Alberto Ramos ("Plaintiff"), by and through his attorneys, submits this Stipulation To Voluntarily Withdraw Plaintiff's Motion To Remand (ECF No. 33). Through this Stipulation, Plaintiff moves the Court to terminate the Motion To Remand (ECF No. 33).

Dated:  February 23, 2024

| **DEREK SMITH LAW GROUP PLLC** | **FOX ROTHSCHILD LLP** |
|---|---|
| /s/Melissa Mendoza | /s/ Devin S. Cohen |
| Melissa Mendoza, Esq.<br>One Penn Plaza, Suite 4905<br>New York, New York 10119<br>212-587-0760<br>melissa@dereksmithlaw.com | Glenn S. Grindlinger, Esq.<br>Devin S. Cohen, Esq.<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>ggrindlinger@foxrothschild.com<br>dscohen@foxrothschild.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Palm West Corporation d/b/a the Palm West and Tryon & Stonewall Restaurant, Inc. f/k/a Landry's Seafood House – North Carolina, Inc.* |

1

155433701.2