# DEREK SMITH
## LAW GROUP, PLLC
### Employment Lawyers Representing Employees Exclusively

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

February 26, 2024

Via ECF
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
(212) 805-0282

Application GRANTED.  The parties should not expect any further extensions to be granted.  The Clerk of Court is directed to terminate ECF No. 41.

SO ORDERED.

February 26, 2024

Re:     ***ALBERTO RAMOS v. PALM WEST CORPORATION et al.***
         *Case No. 23-09441*

Dear Honorable Judge Furman,

        I represent Plaintiff, Alberto Ramos in the above-referenced matter. With the consent of Counsel for the Defendants, I respectfully request an extension of Defendants' Partial Motion to Dismiss briefing deadlines. I respectfully make this request due to the parties' discussions in an effort to resolve the issues raised in Defendants' Partial Motion to Dismiss and Plaintiff's now-withdrawn and/or denied Motion to Remand. This is Plaintiff's second request, and this request does not affect any other deadlines in this matter.

        Accordingly, I respectfully request the following briefing schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opposition due | February 29, 2024 | March 7, 2024 |
| Defendants' reply due | March 7, 2024 | March 21, 2024 |

        I thank Your Honor for your consideration in this matter.

                                        Respectfully submitted,

                                        Melissa Mendoza, Esq.
                                        One Penn Plaza, Suite 4905
                                        New York, New York 10119
                                        (212) 587-0760

cc: Via ECF
Devin S. Cohen (Counsel for Defendants)