Supreme Court of the State of New York
County of Bronx
-----------------------------------------------------------x
Alberto Ramos,

                    Plaintiff

-against-

Palm West Corporation,
Palm West Corporation d/b/a "The Palm",
Landry's Seafood House- North Carolina Inc,
Richard Hammill, individually
and Craig Levy, individually,

                    Defendants
-----------------------------------------------------------x

**INTERIM ORDER**

Index No. 808303-2023E

**Hon. Myrna Socorro, J.S.C.**

A Summons with Notice was filed in this case on May 27, 2023. A proposed Ex-Parte Order was filed by Plaintiff's counsel on September 26, 2023 and was presented to this Court on December 29, 2023 by the Clerk's Office.

However, upon review, this is not a case that is to be assigned to LPN as it appears to be claims related to Title VII of the Civil Rights Act of 1964 as amended, 42 USC §2000e et. Seq ("Title VII"), New York Executive Law, §290, et al ("NYHL") etc.

As it is a non-labor law (i.e., not a labor law accident) case, the case is sent back to the Chief Clerk to have this case properly assigned to a non-labor law/IAS Part.

Dated: December 29, 2023

                                            HON. MYRNA SOCORRO, J.S.C.

PRESENT: HON. HON. MYRNA SOCORRO

At an IAS Part  9  of the Supreme Court of the State of New York held in and for the County of the Bronx, at a courthouse thereof located at 851 Grand Concourse, Bronx, New York, on the _____ day of December, 20____

Present: Hon. HON. MYRNA SOCORRO
J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
ALBERTO RAMOS,

                  Plaintiff,

-against-

PALM WEST CORPORATION, PALM WEST
CORPORATION D/B/A "THE PALM",
LANDRY'S SEAFOOD HOUSE – NORTH CAROLINA,
INC., RICHARD HAMMILL, Individually,
and CRAIG LEVY, Individually,

                  Defendants.
-----------------------------------------------------------------------X

Index No.: 808303/2023E

**EX PARTE MOTION
FOR ENLARGEMENT OF
TIME TO EFFECTUATE
SERVICE**

    Plaintiff having duly made application to this Court for an Order pursuant to CPLR §306(b), §2004, §3012(d), and/or §2005, for an extension of time to serve all Defendants with the Summons with Notice, and Plaintiff's said application having been duly submitted to Room 217 and,

    Upon reading and filing the affirmation of Melissa Mendoza, Esq., counsel for Plaintiff in support of Plaintiff's first application for an extension of time to serve the Defendants with the Summons with Notice in this action and the matter having been duly submitted to the Court for a decision, and after due deliberation having been had thereon,

    **NOW**, on motion of Melissa Mendoza, Esq., counsel for Plaintiff, it is

    **ORDERED**, that Plaintiff's time within which to serve Defendants with the Summons with Notice in this action, and file an affidavit of service, is hereby extended 60 days from the date of this Order, ~~said time to expire on November 25, 2023 or the time frame the Court deems necessary and proper.~~

J.S.C.

ENTER.

_____
HON. MYRNA SOCORRO

ENTER:

_____
Justice of the Supreme Court

2