

AFFIRMATION OF SERVICE

DEREK SMITH LAW GROUP, PLLC    Melissa Mendoza
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ALBERTO RAMOS,
                                                PLAINTIFF
                - vs -
PALM WEST CORPORATION et al.,
                                                DEFENDANT

Index No. 1:23-cv-09441-JMF
Date Filed
File No.
Court Date:
AFFIRMATION OF SERVICE

STATE OF __New York__, COUNTY OF __Putnam__ :SS:

__Elijah Hawthorne__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __New York__.

On __July 9, 2024__ at __12:41 pm__.

at 177 BON AIR AVE. WYKAGYL, NY 10804

deponent served the within **LETTER, MEMORANDUM OPINION AND ORDER** on: **CRAIG LEVY**, the **RESPONDENT** therein named.

#1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION — By delivering a true copy of each personally to _____, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the RESPONDENT.

Deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is RESPONDENT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

✓ #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is RESPONDENT's: [ ] actual place of business  [✓] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find RESPONDENT or a person of suitable age and discretion, having called thereat
on the __5th__ day of __July 2024__ at __6:47 pm__
on the __8th__ day of __July 2024__ at __7:50 am__
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by client investigation: Posted at last known address.

✓ #5 MAIL COPY — On __July 9, 2024__ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1" class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

#6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex:_____  Color:_____  Hair:_____
Age:_____  Height:_____  Weight:_____
OTHER IDENTIFYING FEATURES: _____

#7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the RESPONDENT in the amount of $_____

#8 MILITARY SRVC — Deponent asked person spoken to whether the RESPONDENT was presently in military service of the United States Government or of the State of _____ and was informed that RESPONDENT was not.

#9 OTHER

I affirm this __9th__ day of __July__, 20__24__ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Elijah Hawthorne*

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-DSG-22000970