# DEREK SMITH LAW GROUP, PLLC
### Employment Lawyers Representing Employees Exclusively

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

November 5, 2024

Via ECF
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   **_ALBERTO RAMOS v. PALM WEST CORPORATION et al._**
_Case No. 23-09441_

Dear Honorable Judge Furman,

    I represent Plaintiff, Alberto Ramos in the above-referenced matter. I respectfully submit this letter to request an adjournment of the January 21, 2025 telephonic Pretrial Conference in this matter due to a scheduling conflict. Specifically, I have an in-person Initial Conference that same day and time in Albany, New York in the matter Juarez v. Verizon Comm. Inc., Civ. No. 1:24-cv-1290.

    Therefore, I respectfully request the Court adjourn the Pretrial Conference in this matter for later that same day or at the Court's convenience. Defendants do not oppose this request.

    I thank Your Honor for your consideration in this matter.

Respectfully submitted,

Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

cc: Via ECF
Devin S. Cohen (Counsel for Defendants)

Application GRANTED. The January 21, 2025 conference is hereby RESCHEDULED for 2:30 p.m. The Clerk of Court is directed to terminate ECF No. 76.

SO ORDERED.

November 6, 2024