```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ALBERTO RAMOS,                                                          :
                                                                        :
                                Plaintiff,                              :
                                                                        :    23-CV-9441 (JMF)
                -v-                                                     :
                                                                        :          ORDER
PALM WEST CORPORATION et al.,                                           :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants' motion to compel Plaintiff to disclose Social Security benefit paperwork, *see* ECF No. 84, is GRANTED. Plaintiff shall produce those documents and the relevant release form **by January 17, 2025**.

- To the extent that Plaintiff raises discovery issues of his own in his response to Defendants' motion, *see* ECF No. 85, at 2, the Court declines to grant any relief.

- No later than **January 17, 2025**, Plaintiff shall produce his expert report to Defendants, to the extent that the report is discoverable.

- All other discovery deadlines remain in effect. Fact discovery is due by **January 27, 2025**, and expert discovery is due by **March 13, 2025**. Any motion for summary judgment is due **within 30 days of the close of expert discovery**.

- No later than **the close of expert discovery**, the parties shall file a joint letter confirming they have conferred regarding settlement and informing the Court whether they are requesting referral to the Court-annexed Mediation Program or to a Magistrate Judge for a settlement conference. If, due to referral for settlement, the parties would like to then request an adjustment to the briefing schedule for summary judgment, they should make that request in the joint letter.

- **The pretrial conference scheduled for January 21, 2025 is hereby CANCELED as unnecessary.**

SO ORDERED.

Dated: January 10, 2025  
New York, New York  
　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN  
　　　　　　　　　　　　　　　　　　　　　　United States District Judge