UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALBERTO RAMOS,

        Plaintiff,      **23 Civ. No. 9441 (JMF)**

  -against-          **PRE-SETTLEMENT
                   CONFERENCE ORDER**

PALM WEST CORPORATION, *et al.,*

        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

  This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, February 19, 2025 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 967 772 338#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

  **SO ORDERED.**

DATED:  New York, New York
      February 11, 2025

                           _____
                           The Honorable Gary Stein
                           United States Magistrate Judge