UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALBERTO RAMOS,

                Plaintiff,

                23-CV-9441 (JMF)

     -v-

                ORDER

PALM WEST CORPORATION et al.,

                Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been made aware that the settlement conference scheduled for April 25, 2025, was postponed, the Court *sua sponte* extends the deadline for summary judgment motions by 30 days, until **June 13, 2025**.

      SO ORDERED.

Dated: April 24, 2025
      New York, New York

                                  JESSE M. FURMAN
                              United States District Judge