

101 Park Avenue, 17th Floor
New York, NY  10178
212.878.7900    212.692.0940
WWW.FOXROTHSCHILD.COM

GLENN S. GRINDLINGER
Direct Dial: 212-905-2305
Email Address: GGrindlinger@FoxRothschild.com
DEVIN S. COHEN
Direct Dial: 212-878-7981
Email Address: DSCohen@FoxRothschild.com

July 24, 2025

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *Ramos v. Palm West Corp. et al*
      Civil Action No.: 23-cv-09441-JMF
      **Request for Extension of Deadlines Pending Settlement Conference**

Dear Judge Furman:

We represent all Defendants in the above-captioned matter. We write jointly with Plaintiff Alberto Ramos ("Plaintiff", and together with Defendants, the "Parties") to request a one-week adjournment of the Telephone Conference (the "Telephone Conference), currently set for July 28, 2025 at 11:00 a.m.

On July 24, 2025, the Parties appeared before the Honorable Magistrate Judge Stein for a settlement conference (the "Settlement Conference"). The Parties were before Judge Stein from approximately 10:00 a.m. through 4:00 p.m. While the Parties did not reach an agreement at the Settlement Conference, the Parties are hopeful that they will be able to resolve this action. Accordingly, the Parties are respectfully requesting a one-week adjournment of the Telephone Conference to permit more time to see if a settlement materializes.

The Telephone Conference was initially set for June 9, 2025, but it was adjourned to July 28, 2025 to allow the Parties to attend the Settlement Conference. This is the Parties' first joint request for an extension of the Telephone Conference. All Parties consent to this request. There are no current deadlines in place and this request will not affect any other deadline in the case.

Honorable Jesse M. Furman
July 24, 2025
Page 2

  We thank the Court for its time.

               Respectfully submitted,

               **FOX ROTHSCHILD LLP**

               /s/ Devin S. Cohen
               Glenn S. Grindlinger
               Devin S. Cohen

cc: All counsel of record via ECF

Application GRANTED. The Court commends the parties on their progress towards settlement. The conference scheduled for July 28, 2025 is hereby ADJOURNED until **August 5, 2025, at 2:00 p.m.** The Clerk of Court is directed to terminate ECF No. 116.

         SO ORDERED.

         *[signature]*

         July 25, 2025